**Opinion issued July 22, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00730-CV

————————————

## IN RE FELEXSON KASEGWE AND LANDSTAR RANGER, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Felexson Kasegwe and Landstar Ranger, Inc., have filed an unopposed motion to dismiss this original proceeding for writ of mandamus.[1] Relators aver that their mandamus petition is moot because the trial court recently

---

[1] The underlying case is *Enrique Rodriguez v. Felexson Kasegwe, Noah Allen, Landstar, Inc., and VM Readymix, LLC*, cause number 2019-56215, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

signed an order granting reconsideration and vacating the challenged order. Accordingly, we grant the motion and dismiss this original proceeding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.